

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*Alicia Gonzalez*
*Special Assistant United States Attorney*

*970 Broad Street, Suite 700*       main: *(973) 645-2700*
*Newark, NJ 07102*                   direct:*(973) 645-2761*
*Alicia.Gonzalez@usdoj.gov*          fax:   *(973) 297-2010*

July 10, 2026

**<u>Via ECF</u>**
Hon. Madeline Cox Arleo, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:   *Garcia Canil v. Benzel,* No. 26-6722 (MCA)
      **Confirmation of Petitioner's Release**

Dear Judge Arleo:

This Office represents Respondents in this habeas matter. We write in response to the Court's Order, releasing Petitioner. ECF No. 7. U.S. Immigration and Customs Enforcement ("ICE") informs this Office that Petitioner was released on July 10, 2026, at approximately 12:50 p.m., with his property.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:   */s/ Alicia Gonzalez*
      ALICIA GONZALEZ
      Special Assistant U.S. Attorney
      *Attorneys for Respondents*

cc:   Counsel of record (via ECF)

Case shall be closed.

SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 7/20/26